STATE OF CONNECTICUT *v.* JOHN W. SULLIVAN

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 902 (AC 15036), is granted, limited to the following issue:

"Whether the Appellate Court correctly concluded that the trial court did not abuse its discretion in excluding evidence regarding a constancy of accusation witness?"

The Supreme Court docket number is SC 15648.

*Lisa J. Steele,* special public defender, in support of the petition.

*Denise B. Smoker,* deputy assistant state's attorney, in opposition.

Decided March 27, 1997

SHERRY BROD ET AL. *v.* CENTRAL BRIDGEPORT DEVELOPMENT CORPORATION ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 44 Conn. App. 909 (AC 14759), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Lori Welch-Rubin,* in support of the petition.

*Karen K. Clark* and *Frank G. Usseglio,* in opposition.

Decided March 27, 1997